**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| Robert M. Brown, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 10-CV-2606 JTM/GLR |
| | ) | |
| The University of Kansas, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**ANSWER AND AFFIRMATIVE DEFENSES OF**
**DEFENDANT UNIVERSITY OF KANSAS**

COMES NOW the University of Kansas, through counsel, and for its answer and affirmative defenses in response to plaintiff's Complaint states:

**Jurisdictional Basis**

1. In response to paragraph 1, defendant admits that plaintiff has brought an action pursuant to the United States Constitution and 42 U.S.C. § 1983. Defendant specifically denies that there is a substantial federal question, and, therefore, denies that jurisdiction exists in this particular case under 42 U.S.C. § 1983 and/or the United States Constitution.

2. In response to paragraph, defendant admits that plaintiff has stated that he brought this action pursuant to 42 U.S.C. § 1983, Ex parte Young, and all applicable theories of supplemental jurisdiction for claimed violations of certain protections guaranteed to plaintiff by the Fourteenth Amendment to the United States Constitution. Defendant specifically denies that plaintiff's Complaint is sufficient to state a cause of action, and, therefore, denies that jurisdiction exists in this particular case under 42 U.S.C. § 1983, Ex Parte Young, supplemental jurisdiction, and/or the United States Constitution.

3.  Defendant denies that plaintiff has stated a federal question cause of action under either 42 U.S.C. § 1983, Ex parte Young, or the United States Constitution sufficient to invoke the Court's supplemental jurisdiction.

4.  Denied.

5.  Defendant denies that plaintiff has any constitutional right to continued enrollment in the University of Kansas, that enrollment in the University implicates any liberty interest of plaintiff, or that plaintiff's due process rights were violated, and, therefore, denies that jurisdiction exists to hear this particular case.

6.  Defendant denies that plaintiff had any Constitutional right or contractual right to completion of his degree program at the University of Kansas School of Law, and, therefore denies that jurisdiction exists to hear this particular case.

7.  Defendant denies any implication that plaintiff's dismissal from the University of Kansas School of Law violated any alleged Constitutional right of plaintiff to earn a living, or to pursue a livelihood or avocation, and, therefore denies that jurisdiction exists to hear this particular case.

8.  In response to paragraph 8, defendant denies that plaintiff has stated a claim for violation of any Constitutional due process right, and, therefore, denies that jurisdiction exists to hear this particular case.

9.  Defendant denies that plaintiff has stated a sufficient cause of action to invoke this Court's jurisdiction to hear this particular case.  Defendant admits that the facts giving rise to this litigation occurred in this district and that venue is appropriate in this Court.

## Parties

10. Admitted.

11. Admitted that the University of Kansas is a state educational institution funded in part by the State of Kansas and that the University's Office of University Governance is located at 33 Strong Hall, 1450 Jayhawk Blvd., Lawrence, KS 66045. Defendant denies the remainder of paragraph 11.

12. Admitted that the University of Kansas operates a School of Law located at 1535 W. 15th Street, Lawrence, Kansas. Defendant denies the remainder of paragraph 12.

13. Defendant admits that Defendant Stephen W. Mazza is a natural person, but defendant is without sufficient information or knowledge to form a belief as to the truth of the additional matters stated in paragraph 13, and, therefore, denies same.

14. Defendant admits that Defendant Joyce A. McCray-Pearson is a natural person, but defendant is without sufficient information or knowledge to form a belief as to the truth of the additional matters stated in paragraph 13, and, therefore, denies same.

15. Defendant admits that Defendant Gail B. Agrawal is a natural person, but defendant is without sufficient information or knowledge to form a belief as to the truth of the additional matters stated in paragraph 13, and, therefore, denies same.

16. Defendant admits that Defendant Wendy M. Rohleder-Sook is a natural person, but defendant is without sufficient information or knowledge to form a belief as to the truth of the additional matters stated in paragraph 13, and, therefore, denies same.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

{L0018820 \ }

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted that Bernadette Gray-Little is the Chancellor of the University of Kansas with an address of 230 Strong Hall, 1450 Jayhawk Blvd., Lawrence, Kansas.  Defendant denies the remainder of this paragraph as stated.

28. Admitted.

29. Admitted that defendant Stephen W. Mazza, Joyce A. McCray-Pearson and Wendy M. Rohleder-Sook is employees of the University of Kansas and that defendant Gail B. Agrawal was an employee of the University of Kansas until July 1, 2010.   Defendant denies the remainder of this paragraph.

30. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

31. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

32. Defendant admits that Gail B. Agrawal was employed by the University of Kansas as Dean of the University of Kansas School of Law until July 1, 2010.  Defendant denies the remainder of this paragraph as stated.

33. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

34. Denied.

35. Denied.

36. Denied.

## Allegations of Fact Common to All Counts
### The University of Kansas System of Governance as it Pertains to this Action

37. Defendant denies this paragraph as stated.

38. Defendant admits that the University's University Senate Code is published online at the web address stated.  Defendant denies the remainder of this paragraph as stated.

39. Defendant denies this paragraph as stated.

40. Defendant denies this paragraph as stated.

41. Defendant denies this paragraph as stated.

42. Defendant denies this paragraph as stated.

43. Paragraph 43 states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies same.

44. Defendant denies this paragraph as stated.

45. Defendant admits that the University's Faculty Senate Rules and Regulations (F.S.R.R.) are published online at the web address stated.  Defendant denies the remainder of this paragraph as stated.

46. Paragraph 46 states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies same.

### The University Code of Student Rights and Responsibilities

47. Admitted that the quoted text is accurately stated.

48. Admitted that the University's Code of Student Rights and Responsibilities is published online at the web address stated. Defendant denies the remainder of this paragraph as stated.

49. Denied as stated.

50. Denied as stated.

51. Denied as stated.

52. Denied as stated.

53. Admitted.

54. Denied as stated.

55. Denied as stated.

## Proceedings for Removal of Plaintiff Brown from the Law School

56.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

57. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

58. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

59. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

60. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

61. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

62. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

63. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

64. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

65. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

66. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

67. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

68. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

69. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

70. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

71. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

72. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

73. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

74. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

75. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

76. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

77. Paragraph 77 states a legal conclusion and argument rather than a factual assertion to which a response is required.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

78. Paragraph 78 states a legal conclusion and argument rather than a factual assertion to which a response is required.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

79. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

80. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

81. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

82. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

83. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

84. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

85. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

86. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

87. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

88. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

89. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

90. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

91. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

92. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

93. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

94. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

95. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

96. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

97. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

98. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

99. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

100. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

101. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

102. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

103. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

104. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

105. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

106. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

107. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

108. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

109. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

110. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

111. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

112. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

113. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

114. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

115. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

116. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

117. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

118. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

119. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

120. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

121. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

122. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

123. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

124. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

125. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

126. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

127. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

128. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

129. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

130. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

131. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

132. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

133. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

134. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

135. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

136. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

137. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

138. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

139. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

140. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

141. Admitted that on June 21, 2010 my office received a letter dated June 17, 2010 from John P. Gerstle, who identified himself as Mr. Brown's attorney.   The remainder of this paragraph is denied as stated.

142. Denied as stated.

143. Denied as stated.

144. Denied as stated.

145. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

146. Denied.

## Brown's Enrollment was a Contract with Defendant

147. Denied.

148. Denied.

149. Denied.

150. Denied.

151. Denied.

152. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

153. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

154. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

155. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

156. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

157. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

158. This paragraph states a legal conclusion rather than a factual assertion for which a response is required.  Defendant, therefore, denies same.

159. This paragraph states a legal conclusion rather than a factual assertion for which a response is required.  Defendant, therefore, denies same.

160. Defendant is without information or knowledge sufficient to form a belief as to the truth or the matter asserted, and, therefore denies same.  In addition, this paragraph states a legal conclusion rather than a factual assertion for which a response is required. Defendant, therefore, denies same.

161. This paragraph states a legal conclusion rather than a factual assertion for which a response is required.  Defendant, therefore, denies same.

162. This paragraph states a legal conclusion rather than a factual assertion for which a response is required.  Defendant, therefore, denies same.

163. Denied.

## Defendant's Policies Regarding Admissions

164. Admitted.

165.   Defendant admits that the quoted language contained in paragraph 165 is a portion of Chancellor Gray-Little's charge to the Admissions task force as published at the link cited in paragraph 165.

166.   Defendant admits that the quoted language contained in paragraph 166 is a portion of the comments Chancellor Gray-Little made regarding the Admissions task force taken from the remarks published at the link cited in paragraph 166.

167.   Admitted.

168.   Admitted.

169.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

170.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

171.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

172.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

173.   Denied as stated.

174.   Denied as stated.

175.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

**<u>Inconsistency of Defendants' Actions with Uniform Application of the Written Admissions Policies of the Chancellor, the University and the School of Law</u>**

176.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

177.  This paragraph states a legal conclusion and legal argument rather than a factual assertion to which a response is required.  Defendant, therefore, denies same.

178.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

179.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

180.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

181.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

182.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

183.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

184.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

185.  This paragraph states a conclusion and opinion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

186.  This paragraph states a conclusion and opinion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

187.  This paragraph states a conclusion and opinion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

188. This paragraph states a conclusion and opinion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

189. Denied as stated.

190. This paragraph states a conclusion and opinion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

### Refusal to Mediate

191. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

192. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

193. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

194. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

195. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

196. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

197. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

198. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

199. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

200. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

201. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

## **Failure to Timely Provide a Hearing**

202. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

203. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

204. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

205. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

206. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

207. Paragraph 207 states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

## **Disparate Treatment of Plaintiff and All Other Amending Applicants**

208. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

209.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

210.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

211.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

212.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

**The School of Law's Belated Withdrawal of Previously Promised Due Process Rights**

213.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

214.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

215.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

216.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

217.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

218.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

219.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

220.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

221.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

222.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

223.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

224.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

**Intentional and Permanent Destruction of Plaintiff's Legal Career**

225.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

226.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

227.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

228.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

229.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

230.  Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

231.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

232.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

### **Other University Actions which are Inconsistent with University Policy**

233.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

234.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

235.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

236.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

237.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

238.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

239.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

240.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

241.   Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

**Defendants' Improper Ulterior Motive**

242. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

243. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

244. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

245. Admitted that the University of Kansas is a stated educational institution.  The remainder of this paragraph 245 is denied.

246. Paragraph 246 states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies same.

247. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

248. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

249. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

250. Paragraph 250 states a conclusory argument rather than a factual assertion to which a response is required.  Defendant, therefore, denies same.

**Liability of Institutional Defendant**

251. Admitted that defendant Mazza, Rohleder-Sook, Agrawal and McCray-Pearson were employees of the University of Kansas at all times relevant to this complaint.  Defendant denies the remainder of paragraph 251.

252. Paragraph 252 states a legal conclusion and argument rather than a factual assertion to which a response is required.  Defendant, therefore, denies same.

253. Paragraph 253 states a legal conclusion and argument rather than a factual assertion to which a response if required.  Defendant, therefore, denies same.

254. Paragraph 254 states a legal conclusion and argument rather than a factual assertion to which a response if required.  Defendant, therefore, denies same.

### Knowing, Improper and Unlawful State Action by Individual Defendants

255. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

256. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

257. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

258. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

259. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

260. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

261. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

262. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

263. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

264. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

**<u>Damages</u>**

265. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

266. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

267. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

268. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

269. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

270. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

271. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

272. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

273. Paragraph 273 states a legal conclusion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

274. Paragraph 274 states a legal conclusion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

275. Defendant is without information or knowledge sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

276. Paragraph 276 states a legal conclusion and argument rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

### Count I:  42 U.S.C. § 1983 Procedural Due Process Deprivations
### Regarding Plaintiff's Liberty and Property Interests in Continued Enrollment

277. Defendant incorporates by reference herein its responses to paragraphs 1 through 276 above.

278. Paragraph 278 states a legal conclusion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

279. Paragraph 279 states a legal conclusion and argument rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

280. Paragraph 280 states a legal conclusion and argument rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

281. Paragraph 281 states a legal conclusion and argument rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

282. Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

283. Paragraph 283 states a legal conclusion and argument rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

284. Paragraph 284 states a legal conclusion and argument rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

285. Paragraph 285 states a legal conclusion and argument rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

286. Paragraph 286 states a legal conclusion and argument rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

287. Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

288. This paragraph states a legal conclusion rather than a factual assertion for which a response is required.  Defendant, therefore, denies the same.

289. Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

290. Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

291. Defendant denies that plaintiff has suffered any damages or that he is entitled to any of the relief sought in his prayer.

**Count 2:  42 U.S.C. § 1983 Substantive Due Process Regarding Plaintiff's Rights to Pursue a Lawful Calling of his Own Choosing**

292. Defendant restates and incorporates by reference herein its responses to paragraphs 1 through 291 above.

293. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

294. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

295. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

{L0018820 \ }

296. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

297. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

298. Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

299. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

300. Defendant is without knowledge or information sufficient to form a belief as to the truth of the matter asserted, and, therefore, denies the same.

301. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

302. Defendant denies that plaintiff suffered any damages or that he is entitled to any of the relief sought in his prayer.

**Count 3:  42 U.S.C. § 1983 Prospective Injunctive Relief Pursuant to Ex parte Young**

303. Defendant restates and incorporates by reference herein its responses to paragraphs 1 through 302 above.

304. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

Defendant denies that plaintiff is entitled to any of the relief sought in his prayer.

**Count 4:  State Claim for Declaratory and Injunctive Relief Pursuant to K.S.A. 60-1701 _et seq._, 60-257, 60-902 and 60-903**

305. Defendant restates and incorporates by reference herein its responses to paragraphs 1-304 above.

306. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

307. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

308. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

309. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

310. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

311. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

312. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

313. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

Defendant denies that plaintiff is entitled to any of the relief sought in his prayer.

## Count 5:  State Claim for Gross and Wanton Negligence

314. Defendant restates and incorporates by reference herein its responses to paragraphs 1 through 313 above.

315. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

316.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

317.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

318.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

319.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

320.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

321.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

322.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

323.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

324.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

325.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

326.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

327. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

328. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

329. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

Defendant denies that plaintiff is entitled to any relief sought in his prayer.

**Count 6:  State Claim for Tortious Interference with a Prospective Business Advantage**

330. Defendant restates and incorporates by reference herein its responses to paragraphs 1 through 329 above.

331. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

332. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

333. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

334. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

335. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

336. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

337.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

338.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

339.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

Defendant denies that plaintiff is entitled to any relief claimed in his prayer.

## Count 7: State Claim for Abuse of Process

340.  Defendant restates and incorporates by reference herein its responses to paragraphs 1 through 339 above.

341.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

342.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

343.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

344.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

345.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

346.  This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

347. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

348. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

Defendant denies that plaintiff is entitled to any relief requested in his prayer.

## Count 8:  State Claim for Civil Conspiracy

349. Defendant restates and incorporates by reference herein its responses to paragraphs 1 through 348 above.

350. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

351. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

352. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

353. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

354. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

355. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

356. This paragraph states a legal conclusion rather than a factual assertion to which a response is required.  Defendant, therefore, denies the same.

357. This paragraph states a legal conclusion rather than a factual assertion to which a response is required. Defendant, therefore, denies the same.

Defendant denies that plaintiff is entitled to any relief requested in his prayer.

## AFFIRMATIVE DEFENSES

In further answer to Plaintiff's complaint, defendant states the following affirmative defenses:

A. Plaintiff's Complaint fails to state a claim on which relief can be granted.

B. Defendant is immune from suit based on Eleventh Amendment Immunity.

C. Defendant denies the nature and extent of the relief claimed by plaintiff.

D. Plaintiff's claims fail to state or raise a substantial federal question and, as such, plaintiff's claims fail as a matter of law and/or for the lack of jurisdiction.

E. Plaintiff's claims are barred by the lack of mutuality, mutual assent, insufficient consideration and/or lack of consideration.

F. Plaintiff cannot establish a property interest in his continued enrollment in the University of Kansas School of Law.

G. Plaintiff cannot establish a liberty interest that was implicated as a result of his dismissal from the School of Law for failure to disclose material information concerning his prior criminal record on his application for admission.

H. Plaintiff's claims fail pursuant to the doctrine of collateral estoppel.

I. Plaintiff has failed to mitigate his damages.

J. Plaintiff's claims are barred by the doctrines of waiver and estoppel.

K. Plaintiff is not entitled to a jury trial as a matter of law.

{L0018820 \   }

L.  Defendant reserves the right to assert such other and further defenses as may be revealed in the course of the litigation and discovery.

WHEREFORE, having answered fully, defendant prays that plaintiff's request for relief be denied in its entirety, that judgment be entered in defendant's favor on each and every claim set forth in plaintiff's Complaint, and that defendant be awarded its costs and expenses in defending this action and such other and further relief as the Court may deem appropriate and proper.

Respectfully submitted,

By:  /s  Sara L. Trower

Sara L. Trower, Ks. SC # 21514
Associate General Counsel and Special
Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
E-mail:  strower@ku.edu

*Attorney for Defendant University of Kansas*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing was served this 1st day of December 2010, by U.S. mail, first-class postage prepaid addressed to:

Robert M. Brown
6200 W. 74th Street
Overland Park, KS 66204

                 /s   Sara L.Trower
*Counsel for Defendant*