## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Robert M. Brown,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   10-CV-2606 JTM/GLR |
| | ) |
| **The University of Kansas, et al.** | ) |
| | ) |
| **Defendant.** | ) |

### ANSWER AND AFFIRMATIVE DEFENSES OF
### DEFENDANT THE UNIVERSITY OF KANSAS SCHOOL OF LAW

Defendant, University of Kansas School of Law, through counsel, for its answer and affirmative defenses states:

### General Denial

The University of Kansas School of Law is not a person or separate legal entity capable of suing or being sued, and therefore denies each and every allegation contained in plaintiff's complaint.

### Affirmative Defenses

In further answer to Plaintiff's complaint, defendant states the following affirmative defenses:

A. Defendant University of Kansas School of Law is neither a person nor a other legal entity capable of suing or being sued.

B. Plaintiff's Complaint fails to state a claim on which relief can be granted.

C. Defendant is immune from suit based on Eleventh Amendment Immunity.

D. Defendant denies the nature and extent of the relief claimed by plaintiff.

{L0018983 / }

2

E. Plaintiff's claims fail to state or raise a substantial federal question and, as such, plaintiff's claims fail as a matter of law and/or for the lack of jurisdiction.

F. Plaintiff's claims are barred by the lack of mutuality, mutual assent, insufficient consideration and/or lack of consideration.

G. Plaintiff cannot establish a property interest in his continued enrollment in the University of Kansas School of Law.

H. Plaintiff cannot establish a liberty interest that was implicated as a result of his dismissal from the School of Law for failure to disclose material information concerning his prior criminal record on his application for admission.

I. Plaintiff's claims fail pursuant to the doctrine of collateral estoppel.

J. Plaintiff has failed to mitigate his damages.

K. Plaintiff's claims are barred by the doctrines of waiver and estoppel.

L. Plaintiff is not entitled to a jury trial as a matter of law.

M. Defendant reserves the right to assert such other and further defenses as may be revealed in the course of the litigation and discovery.

WHEREFORE, having answered fully, defendant prays that plaintiff's request for relief be denied in its entirety, that judgment be entered in defendant's favor on each and every claim set forth in plaintiff's Complaint, and that defendant be awarded its costs and expenses in defending this action and such other and further relief as the Court may deem appropriate and proper.

Respectfully submitted,

By: /s  Sara L. Trower

Sara L. Trower, Ks. SC # 21514
Associate General Counsel and Special
Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
E-mail:  strower@ku.edu

*Attorney for Defendant Mazza*

## CERTIFICATE OF SERVICE

The undersigned counsel certifies that a true and correct copy of the foregoing was served this 21st day of December 2010, by U.S. mail, first-class postage prepaid addressed to:

Robert M. Brown
6200 W. 74th Street
Overland Park, KS 66204

/s  Sara L.Trower
*Counsel for Defendant*