IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT M. BROWN, )<br>             Plaintiff, )<br>)<br>vs. )<br>)<br>UNIVERSITY OF KANSAS, et al., )<br>             Defendants. ) | No. 10-CV-2606 WEB/KGG |

## RETURN OF SERVICE FOR CERTIFIED MAIL

STATE OF KANSAS    )
                   ) SS.
COUNTY OF JOHNSON  )

    I hereby certify that I have served the Motion for Leave to Withdraw: (1) by mailing on August 4, 2011, by certified mail return receipt requested to Robert M. Brown; (2) the name and address on the envelope containing the process mailed by certified mail return receipt requested was as follows: Robert M. Brown, 6200 W. 74th St., Overland Park, KS, 66204.

[Certified mail return receipt card addressed to Robert M. Brown, 6200 W. 74th St., Overland Park, KS 66204; Article Number: 7011 0110 0002 2834 7414; signed by R. Brown, date of delivery 8-5-11]

                                        s/ John P. Gerstle
                                        JOHN P. GERSTLE
                                        Kansas Bar Number #07793
                                        Attorney for Plaintiff Robert M. Brown
                                        John P. Gerstle II, P.A.
                                        130 N. Cherry, Ste. 103
                                        Olathe, KS 66061
                                        Telephone: (913) 780-6666
                                        Fax#: (913) 780-6565
                                        E-mail: jpgerstle@everestkc.net

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

Sara L. Trower, Associate General Counsel
Room 245, Strong Hall
1450 Jayhawk Boulevard
Lawrence, KS 66045
Telephone: (785) 864-3276
Fax: (785) 864-4617
E-mail: strower@ku.edu
*Attorney for Defendant University of Kansas School of Law*

                                   s/ John P. Gerstle
                                   JOHN P. GERSTLE
                                   Kansas Bar Number #07793
                                   Attorney for Plaintiff Robert M. Brown
                                   John P. Gerstle II, P.A.
                                   130 N. Cherry, Ste. 103
                                   Olathe, KS 66061
                                   Telephone: (913) 780-6666
                                   Fax#: (913) 780-6565
                                   E-mail: jpgerstle@everestkc.net