**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **ROBERT M. BROWN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | No. 10-CV-2606 WEB/KGG |
| ) | |
| **UNIVERSITY OF KANSAS, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## SUPPLEMENTAL MOTION FOR LEAVE TO WITHDRAW

**COMES NOW** John P. Gerstle, attorney for Plaintiff Robert M. Brown in the above-captioned case, and pursuant to Fed. R. P. 83.5.5 moves this Court to enter an Order allowing him to withdraw as attorney of record for Plaintiff Robert M. Brown.

In support of his motion herein, counsel for Plaintiff states that his entry of appearance in this matter was for the limited purpose of participating in mediation. Mediation is now complete and Plaintiff wishes to proceed *pro se*.

Plaintiff Robert M. Brown is hereby notified that he is personally responsible for complying with all orders of the court and time limitations established by the rules of procedure or by court order.

Plaintiff Robert M. Brown is further notified that a revised Scheduling Order was posted on July 18, 2011, Document #36.

Plaintiff Robert M. Brown's current mailing address and phone number is as follows:

> Robert M. Brown
> 6200 W. 74th St.
> Overland Park, KS 66201
> (816) 721-4512

**WHEREFORE**, John P. Gerstle prays for an Order of the Court granting him leave to withdraw as attorney of record for Plaintiff Robert M. Brown.

                                      Respectfully submitted,

                                      s/ John P. Gerstle
                                      JOHN P. GERSTLE
                                      Kansas Bar Number #07793
                                      Attorney for Plaintiff Robert M. Brown
                                      John P. Gerstle II, P.A.
                                      130 N. Cherry, Ste. 103
                                      Olathe, KS 66061
                                      Telephone: (913) 780-6666
                                      Fax#: (913) 780-6565
                                      E-mail: jpgerstle@everestkc.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Sara L. Trower, Associate General Counsel
    Room 245, Strong Hall
    1450 Jayhawk Boulevard
    Lawrence, KS 66045
    Telephone: (785) 864-3276
    Fax: (785) 864-4617
    E-mail: strower@ku.edu
    *Attorney for Defendant University of Kansas School of Law*

and deposited the foregoing in the United States Mail, certified - return receipt requested, addressed to:

    Robert M. Brown
    6200 W. 74th St.
    Overland Park, KS 66204

                                      s/ John P. Gerstle
                                      JOHN P. GERSTLE
                                      Kansas Bar Number #07793
                                      Attorney for Plaintiff Robert M. Brown
                                      John P. Gerstle II, P.A.
                                      130 N. Cherry, Ste. 103
                                      Olathe, KS 66061
                                      Telephone: (913) 780-6666
                                      Fax#: (913) 780-6565

E-mail: jpgerstle@everestkc.net