# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **Robert M. Brown,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 10-CV-2606 WEB/KGG |
| | ) | |
| **The University of Kansas, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DEPOSITION NOTICE

COME NOW defendants, through counsel, and give notice that as agreed on Tuesday, August 16, 2011 between defendants' counsel and Robert M. Brown, *pro se* plaintiff, Mr. Brown's deposition will be taken at the date, time, and location indicated below with the deposition continuing from day to day between the hours of 9:00 a.m. and 5:00 p.m. until completed.

Date:       Friday, August 26, 2011
Time:      9:00 a.m.
Place:      University of Kansas
              Office of the General
              245 Strong Hall
              1450 Jayhawk Blvd.
              Lawrence, KS  66045

Respectfully submitted,

By:  /s  Sara L. Trower
Sara L. Trower, Ks. SC # 21514
Associate General Counsel and Special
Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
E-mail:  strower@ku.edu

*Attorney for Defendants*

{L0022050 / }

## **CERTIFICATE OF SERVICE**

The undersigned counsel certifies that a true and correct copy of the foregoing was filed this 25th day of August 2011, with the Court's ECF system which will generate a notice to:

Robert M. Brown
6200 W. 74th Street
Overland Park, KS 66204

             /s   Sara L.Trower_____
             *Counsel for Defendant*

{L0022050 / }