## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **Robert M. Brown,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 10-CV-2606 WEB/KGG |
| | ) | |
| **The University of Kansas, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## CERTIFICATE OF SERVICE OF SUPPLEMENT TO PLAINTIFF'S INITIAL RULE 26 DISCLOSURES

Plaintiff Robert M. Brown, *pro se*, certifies that a true and correct copy of documents from Plaintiff's file regarding Defendants (Bates #'s BROWN v KU 000475 – 000509) has been provided to Defendants via electronic mail on September 4th, 2011. Delivery was made to:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendant University of
Kansas School of Law*

Respectfully submitted,

Robert M. Brown


By:     /s/ Robert M. Brown_____
        Robert M. Brown, *Pro Se*
        6200 W 74th Street
        Overland Park, KS  66204
        816-721-4512
        866-610-4630 (fax)
        bbrown@netstandard.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 29th day of July, 2011, the above and foregoing was electronically filed with the United States District Court for the District of Kansas using the CM/ECF system which will provide notice of filing to the following:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendant University of Kansas
School of Law*

/s/ Robert M. Brown
Robert M. Brown, *Pro Se*