# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **Robert M. Brown,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 10-CV-2606 WEB/KGG |
| | ) | |
| **The University of Kansas, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY DOCUMENTS

Plaintiff Robert M. Brown, *pro se*, certifies that a true and correct copy of the

following documents was served electronically upon Defendants on September 5th,

2011:

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ANDY TOMPKINS

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT GARY SHERRER

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT ED MCKECHNIE

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT JAROLD BOETTCHER

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT CHRISTINE DOWNEY-SCHMIDT

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT MILDRED EDWARDSIN

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT TIM EMERT

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT RICHARD HEDGES

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT DAN LYKINS

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT JANIE PERKINS

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT ANDY TOMPKINS

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT GARY SHERRER

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT ED MCKECHNIE

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT JAROLD BOETTCHER

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT CHRISTINE DOWNEY-SCHMIDT

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT MILDRED EDWARDSIN

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT TIM EMERT

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT RICHARD HEDGES

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT DAN LYKINS

PLAINTIFF ROBERT M. BROWN'S FIRST SET OF INTERROGATORIES TO DEFENDANT JANIE PERKINS

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ANDY TOMPKINS

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT GARY SHERRER

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ED MCKECHNIE

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JAROLD BOETTCHER

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CHRISTINE DOWNEY-SCHMIDT

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MILDRED EDWARDSIN

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT TIM EMERT

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT RICHARD HEDGES

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT DAN LYKINS

PLAINTIFF ROBERT M. BROWN'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT JANIE PERKINS

Delivery was made to:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendants*

                                        Respectfully submitted,

                                        Robert M. Brown

                                    By:    /s/ Robert M. Brown_____
                                                 Robert M. Brown, *Pro Se*
                                                 6200 W 74th Street
                                                 Overland Park, KS  66204
                                                 816-721-4512
                                                 866-610-4630 (fax)
                                                 bbrown@netstandard.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of September, 2011, the above and foregoing was electronically filed with the United States District Court for the District of Kansas using the CM/ECF system which will provide notice of filing to the following:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendants*

/s/ Robert M. Brown_____
Robert M. Brown, *Pro Se*