**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **Robert M. Brown,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | 10-CV-2606 WEB/KGG |
| | ) | |
| **The University of Kansas, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

### DEPOSITION NOTICE

COMES NOW plaintiff Robert M. Brown, *pro se*, and gives notice that as agreed on Tuesday, November 15, 2011 between defendants' counsel and Robert M. Brown, *pro se* plaintiff, the deposition of Stephen W. Mazza, in both his individual and official capacities, will be taken at the date, time, and location indicated below with the deposition continuing from day to day between the hours of 9:00 a.m. and 5:00 p.m. until completed.

Date:  Saturday, November 19, 2011
Time:  10:30 a.m.
Place:  University of Kansas
  Office of the General Counsel
  245 Strong Hall
  1450 Jayhawk Blvd.
  Lawrence, KS 66045

  Respectfully submitted,

  Robert M. Brown

  By:  /s/ Robert M. Brown_____
  Robert M. Brown, *Pro Se*
  6200 W 74th Street
  Overland Park, KS  66204
  816-721-4512
  866-610-4630 (fax)
  bbrown@netstandard.net

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this 18th day of November, 2011, the above and foregoing was electronically filed with the United States District Court for the District of Kansas using the CM/ECF system, which caused notification to be sent to the following:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendants*

                                                         /s/ Robert M. Brown_____
                                                         Robert M. Brown, *Pro Se*