# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Robert M. Brown,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10- CV – 2606  EFM/KGG |
| ) | |
| **The University of Kansas,** *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT GREY-LITTLE'S MOTION FOR A PROTECTIVE ORDER

Defendant Dr. Bernadette Gray-Little, by and through counsel, Associate General Counsel Sara L. Trower, respectfully moves this Court to issue a protective order pursuant to Fed. R. Civ. P. 26(c)(1)(A) to prevent the deposition of Dr. Gray-Little.  In support of this Motion and in compliance with D. Kan. Rule 7.1, Defendant will file a Memorandum contemporaneously with this Motion.

Respectfully Submitted,

s/ Sara L. Trower
Sara L. Trower, S.Ct. #21514
Assistant General Counsel and Special
Assistant Attorney General
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel:  785-864-3276
Fax:  785-864-4617
e-mail:  strower@ku.edu

{L0024973.1 }

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that on March 22, 2012, she electronically filed this Certificate of Service and the attached Motion with the Clerk of the Court by using the CM/ECF system, which will generate a notice to:

Robert M. Brown, *Pro Se*
6200 W. 74th Street
Overland Park, KS  66204
Tel:  (816) 721-4512
Fax:  (816) 610-4630
robertmbrown@live.com

                                      s/ Sara L. Trower
                                      Sara L. Trower, S.Ct. #21514
                                      Assistant General Counsel and Special
                                      Assistant Attorney General
                                      245 Strong Hall
                                      1450 Jayhawk Blvd.
                                      Lawrence, KS 66045
                                      Tel:  785-864-3276
                                      Fax:  785-864-4617
                                      e-mail:  strower@ku.edu