## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **Robert M. Brown,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **10-CV-2606 WEB/KGG** |
| | ) | |
| **The University of Kansas, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

## CERTIFICATE OF SERVICE OF PLAINTIFF'S SUPPLEMENTATIONS OF DISCLOSURE UNDER FED. R. CIV. P. 26(e)

Plaintiff  Robert M. Brown, *pro se*, certifies that a true and correct copy of

Plaintiff's Supplementations of Disclosure Under Fed. R. Civ. P. 26(e), and  documents

from Plaintiff's file (Bates #'s BROWN v KU 000657 – 000664) have been provided

to Defendants via electronic mail on September 17th, 2012.  Delivery was made to:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendants*

Respectfully submitted,

Robert M. Brown

By:      /s/ Robert M. Brown
         Robert M. Brown, *Pro Se*
         6200 W 74th Street
         Overland Park, KS  66204
         816-721-4512
         866-610-4630 (fax)
         bbrown@netstandard.net

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 17th day of September, 2012, the above and foregoing was electronically filed with the United States District Court for the District of Kansas using the CM/ECF system which will provide notice of filing to the following:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendants*

/s/ Robert M. Brown_____
Robert M. Brown, *Pro Se*