## DECLARATION OF WENDY ROHLEDER-SOOK

My name is Wendy Rohleder-Sook. Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. I was employed at the University of Kansas as Associate Dean for Student Affairs from January 2007 through August 2011. In general, as Associate Dean for Student Affairs, I oversaw the Office of Admissions and the Law School's Registrar. In addition, I was responsible for coordinating student events such as the Hooding Ceremony, the orientation program, the Law School diversity banquet, and assisting students with issues and identifying resources for them. *See also* Exhibit 31, Rohleder-Sook resume attached hereto.

2. The following outlines the events surrounding Mr. Brown's application to the University of Kansas School of Law:

    a. April 8, 2009, Mr. Brown submitted his application materials. (*See* Brown Deposition Ex. 1)

    b. April 15, 2009, Mr. Brown was offered a spot on the wait list.

    c. April 21, 2009, Mr. Brown accepted a spot on the wait list. (*See* Brown Deposition Ex. 2)

    d. By letter dated May 17, 2009, Mr. Brown provided additional materials to supplement his application for admission to the School of Law, including a statement about his specific interest in KU Law and an additional optional essay. (*See* Brown Deposition Ex. 2, May 17, 2009 letter pp. 1-3).


EXHIBIT B

e. On August 19, 2009, Mr. Brown was offered admission to the 2009 entering class for KU Law.

f. On August 20, 2009, Mr. Brown submitted a seat deposit fee waiver form to and was admitted to the Law School. The first day of classes for the 2009 Fall term was August 20, 2009.

g. On August 27, 2009, Mr. Brown approached me to discuss amending his admission application. That same date, he submitted a letter amending his admission application to include criminal charges not disclosed on his original application. Those not previously disclosed criminal charges included two (2) domestic battery charges, one DUI conviction, and one DUI diversion. (*See* Brown Deposition Exhibit 3.) Brown also submitted a copy of his Petition for Writ of Certiorari relating to the domestic battery convictions. (*See* Brown Deposition Exhibit 4).

h. After reviewing Mr. Brown's amended information provided on August 27, 2009, I requested that he provide a further explanation regarding the criminal charges he had disclosed in the amendment.

i. On September 3, 2009, I made another request to Mr. Brown for further explanation regarding the criminal charges he had disclosed, and I provided him a deadline of September 14, 2009 to respond. (Bates 0046, attached).

j. On September 11, 2009, Mr. Brown submitted a letter and supporting documents to supplement the information he had provided on August 27, 2009.

2

k. On September 18, 2009, I searched the Johnson County District Court's public records and found two additional battery charges and a criminal trespass charge against Mr. Brown, all of which the public records database indicated had been dismissed.

l. On October 2, 2009, I asked Mr. Brown to provide an explanation regarding the two additional battery charges and the criminal trespass charge, which my search of the Johnson County District Court public records database had revealed. (*See* Brown Deposition Ex. 6).

m. On October 5, 2009, I asked Mr. Brown to provide written authorization for the Johnson County District Attorney's office to release full information and documents in the cases and charges regarding Mr. Brown. Mr. Brown agreed to sign that authorization, and on October 7, 2009, I requested copies of records from the Johnson County District Attorney's office.

n. On January 19, 2010, the 2008-2009 Admission Committee was reconvened to consider the additional information that Mr. Brown had disclosed in his amended application and subsequent explanations regarding the amendments to his application. The Admissions Committee was asked to determine whether they would have admitted Mr. Brown if he had disclosed in his original application the information that he disclosed in his amendment to his application. The Admissions Committee determined that it would not have admitted Mr. Brown had it been provided the

       complete and accurate information concerning his record that was disclosed in his belated amendment to his application.

3. In my tenure as Associate Dean for Academic Affairs, I had not previously encountered a situation like Mr. Brown's application and subsequent amendment of the application disclosing a criminal history. Following the Admissions Committee's January 19, 2010 decision regarding Mr. Brown's application, I consulted with Associate Dean Mazza, who advised that Mr. Brown would be afforded due process through the Law School's Dispute Resolution Procedure, and that I should initiate that process by filing a formal complaint regarding Mr. Brown's failure to disclose his criminal record in his application to the Law School.

4. On February 17, 2010, I filed a complaint with Associate Dean Mazza, alleging that Mr. Brown had engaged in academic misconduct when he failed to disclose his criminal history in his application. *See* Stipulated Fact ¶ 34. Mr. Brown responded to the academic misconduct charge, in a response dated February 28, 2010. *See* Stipulated Fact ¶ 35. On April 16, 2010, I filed a response to Mr. Brown's procedural objections he had raised to the charge of academic misconduct. *See* Deposition Exhibit 32.

5. A hearing Panel convened to consider the charge of academic misconduct against Mr. Brown and issued a Memorandum decision dated May 3, 2010, dismissing the academic misconduct complaint against Brown. Stipulated Fact ¶ 36; *See also* Brown Deposition Exhibit 7.

6. The May 3, 2010, hearing panel decision was the end of my involvement with Mr. Brown's application for admission and the Law School's actions in regard to the application.

7. Throughout my involvement with Mr. Brown and the issues concerning his application for admission and amendments thereto, I acted in good faith in the exercise of my professional judgment and discretion in carrying out my duties and responsibilities as Associate Dean for Student Affairs.

I have read this declaration and had the opportunity to make changes to it, and I declare under penalty of perjury that the foregoing is true and correct.

*Wendy M. Rohleder-Sook*
Wendy Rohleder-Sook

8/6/13
Date

# Wendy M. Rohleder-Sook, J.D.
307 W. 39th St., Hays, KS 67601
(785) 760-0176
wmrohledersook@fhsu.edu

**EDUCATION**

**Juris Doctor**, University of Kansas School of Law, Lawrence, Kansas, 2001

**Bachelor of Arts: Sociology and Political Science**, University of Kansas College of Liberal Arts & Sciences, Lawrence, Kansas, 1998
- Graduation with Distinction
- Phi Beta Kappa

**PROFESSIONAL EXPERIENCE**

**Financial Assistance Counselor**, September 2011 – Present
Fort Hays State University, Hays, Kansas
- Advise prospective and current students and parents regarding the financial aid application process.
- Answer questions regarding students' financial aid awards.
- Create and update written and electronic publications.

**Associate Dean for Student Affairs**, January 2007 – August 2011
University of Kansas School of Law, Lawrence, Kansas
- Supervised the Office of Admissions & Scholarships and the Registrar's Office.
- Assisted with the general planning and operations of the Office of Admissions & Scholarships, including setting goals and policies for the admissions process.
- Oversaw scholarship allocation and budgeting processes and coordinated postings with Financial Aid & Scholarships and the KU Endowment Association.
- Counseled and advised students regarding various issues, including disabilities, mental health, family/personal, stress, career and professional development, and academics.
- Served as a liaison with the University's Office of Disability Resources to provide accommodations for students with disabilities.
- Oversaw and provided guidance to 35 law school student organizations and coordinated funding processes.
- Coordinated annual events, including the Entering Student Program (5-day orientation program for new students), graduation Hooding Ceremony, Diversity Banquet, Student Recognition Program, and Women's Forum for Prospective Law Students.
- Developed and coordinated the Dean's Fellow's Program, a peer mentoring program for first-year law students.

**Assistant Director/Pre-Law Coordinator**, September 2004 – December 2006
Freshman-Sophomore Advising Center (now the University Advising Center), University of Kansas, Lawrence, Kansas
- Served on the senior administrative staff and supervised 5 full-time professional academic advisors and 1 student assistant.
- Administered pre-law advice to prospective, current, and former University of Kansas students in group sessions, individual appointments, and regular email communications.
- Administered academic advice to freshman and sophomore students in the College of Liberal Arts & Sciences.
- Presented regular pre-law informational sessions about pre-law preparation and the law school application process.



EXHIBIT
31
2-9-12

- Coordinated special programs for pre-law students, including KU Pre-Law Day, the Pre-Law Mentoring Program, and the Jayhawks in Law School Program.
- Facilitated the Law & Society Learning Community, including teaching a two-hour seminar course.
- Advised 2 student organizations, Phi Alpha Delta Pre-Law Fraternity and Kansas Connections: Helping Small Town Students Succeed.

**Pre-Law/Academic Advisor**, August 2001 – September 2004
Freshman-Sophomore Advising Center, University of Kansas, Lawrence, Kansas
- Administered pre-law advice to prospective, current, and former University of Kansas students in group sessions, individual appointments, and regular email communications.
- Administered academic advice to freshman and sophomore students in the College of Liberal Arts & Sciences.
- Developed and expanded special programs for pre-law students, including the Pre-Law Forum, the Legal Career Assessment Program, the Pre-Law Mentoring Program, and the Jayhawks in Law School Program.
- Facilitated the Law & Logic Learning Community, including teaching a two-hour seminar course.
- Developed and instructed a pre-law focused section of the Orientation Seminar course for freshman students.
- Advised 2 student organizations, the Pre-Law Society and Golden Key International Honour Society.

**Legal Intern**, September 1999 – May 2001
University of Kansas Legal Services for Students, Lawrence, Kansas
- Interviewed clients and administered legal advice under supervising attorney.
- Researched statutes and communicated with clients and adverse parties.

## UNIVERSITY COMMUNITY INVOLVEMENT & AWARDS
University Scholarship Council, 2008 – Present
Jana Mackey Distinguished Lecture Series Committee, 2008 – Present
Women Administrators Networking for Development & Action (WANDA), 2005 – Present
Inauguration Committee for Chancellor Bernadette Gray-Little, 2009 – 2010
Financial Literacy Task Force, 2008 – 2009
Alcohol Priority Group, 2007 – 2008
Advising Network Steering Committee, 2002 – 2004
Learning Community Program Priority Group, 2004
University of Kansas Wheat State Whirlwind Tour, 2006
Outstanding Student Organization Advisor of the Year, 2006
Learning Community Facilitator of the Year, 2004

## PROFESSIONAL LICENSURE & CERTIFICATIONS
State Bar of Kansas (inactive status), September 2001 – Present
United States District Court, District of Kansas (inactive status), September 2001 – Present
Mental Health First Aid, October 2010

## PROFESSIONAL AFFILIATIONS/MEMBERSHIPS
American Bar Association, 2007 – Present
Kansas Bar Association, 2001 – Present
Kansas Academic Advising Network, 2001 – 2006
National Academic Advising Association, 2001 – 2006
Western Association of Pre-Law Advisors, 2002 – 2006

## Rohleder-Sook, Wendy

**From:** Rohleder-Sook, Wendy
**Sent:** Thursday, September 03, 2009 3:33 PM
**To:** 'Bob Brown'
**Subject:** RE: Application Amendment Explanation

Bob,

Monday, Sept 14 by 5pm is fine. If you're referring to Monday, Sept 7, please note that all university offices will be closed for the Labor Day holiday.

**Wendy Rohleder-Sook**
Associate Dean for Student Affairs
KU Law

---

**From:** Bob Brown [mailto:bbrown@Netstandard.com]
**Sent:** Thursday, September 03, 2009 3:31 PM
**To:** Rohleder-Sook, Wendy
**Subject:** RE: Application Amendment Explanation

Would Monday be too late? I've started it, but haven't had time to finish without putting classes to the side.

Bob

---

**From:** Rohleder-Sook, Wendy [mailto:wrohled@ku.edu]
**Sent:** Thursday, September 03, 2009 3:28 PM
**To:** Bob Brown
**Subject:** Application Amendment Explanation

Dear Robert M. Brown,

This email serves as a formal request to provide a written explanation to your amended answer to Question 27 on your admissions application by 5:00 p.m., Monday, September 14, 2009. The written explanation must be dated and signed and submitted to my attention in the Office of Student Affairs, Room 205, Green Hall.

A copy of this email will also be placed in a sealed envelope in your law school student mailbox.

Sincerely,

**Wendy M. Rohleder-Sook, J.D.**
Associate Dean for Student Affairs
University of Kansas School of Law
1535 W. 15th St., Rm 205
Green Hall
Lawrence, KS 66045
(785) 864-9210
wrohled@ku.edu
www.law.ku.edu

9/3/2009

Brown, Robert v. KU, et al
000046