## IN THE UNITED STATES DISTICT COURT
## FOR THE DISTICT OF KANSAS

Robert M. Brown,                     )
                                     )
                    Plaintiff,       )
                                     ) Case No. 10-CV-2606 EFM/KGG
v.                                   )
                                     )
The University of Kansas, et al.     )
                                     )
                    Defendants.      )

### RESPONSE TO PLAINTIFF ROBERT M. BROWN'S
### THIRD SET OF INTERROGATORIES TO DEFENDANT
### GAIL B. AGRAWAL

Defendant Gail Agrawal, through counsel, in response to Plaintiff's Third Set of Interrogatories to Defendant, states:

### INTERROGATORIES

1. Please describe and identify in detail, with respect to the preparation of your letter dated June 7, 2010 (EXHIBIT A), each specific contribution of or interaction regarding EXHIBIT A with every person, office or organization who to any extent authored, contributed to, or gave advice regarding, or with whom you communicated regarding EXHIBIT A, including but not limited to the identity of each author, contributor or advisor; the date of the authorship, contribution, or advice; the specific communications or discussions surrounding the authorship, contribution, or advice; and which specific text within EXHIBIT A was authored, contributed to, the subject of, or affected by the authorship, contribution, or advice .

ANSWER:  My letter of June 7, 2010 (Exhibit A) was prepared in consultation with the University's Office of General Counsel, specifically James P. Pottorff, Jr., General Counsel,


EXHIBIT
F

and Sara Trower, Associate General Counsel.   On June 4, 2010, Ms. Trower sent me a draft of the letter we had discussed.   I revised Ms. Trower's draft and shared my revision with her and Mr. Pottorff for their advice on June 7, 2010.   My June 7, 2010 e-mail to Ms. Trower and Mr. Pottorff was copied to Stephen Mazza and references his having read the letter.

2.   Please describe and identify in detail, with respect to your letter dated June 7, 2010 (EXHIBIT A), your opinion of the significance, if any, of the language regarding F.S.R.R. 2.1.1 as it relates to Plaintiff Brown or his dismissal from the school of law, and your purpose for its including this language in EXHIBIT A.

ANSWER:   As stated in the June 7, 2010 letter (Exhibit A), Faculty Senate Rules and Regulations (F.S.R.R.) 2.1.1. vest authority to establish policies for admissions in the schools.   I believe that by citing that provision I was communicating that decisions regarding admission to the School of Law are within the School's discretion.

3.   Please describe and identify in detail, all bases in fact or law for your statement within EXHIBIT A that it constituted "final agency action" or for the contention that Brown's dismissal was agency action.

ANSWER:   That language was included in the letter based on advice of the Office of General Counsel.

4.   Please explain why, in your opinion, the University did not forfeit its right to dismiss Plaintiff Brown from the School of Law based upon the defenses set out in Brown's letter dated February 28, 2010 (EXHIBIT B) under numbered section 5 (EXHIBIT B: BROWN v KU 000187 - BROWN v KU 000189), including but not limited to your explanation of why Brown's dismissal was not precluded by failure to promptly rescind per *Morse v.*

2

*Kogle*, 162 Kan. 558, Syl. at 1-3 (1947)(Fully explained and cited at EXHIBIT B: BROWN v KU 000188) and why Brown's dismissal was not precluded by the School of Law's acquiescence in the transaction per *Schiffelbein v. Sisters of Charity of Leavenworth*, 190 Kan. 278, 281-2 (1962) (Fully explained and cited at EXHIBIT B: BROWN v KU 000189).

**ANSWER:  I did not formulate an opinion regarding the legal questions or authorities raised in your interrogatory.  I sought the advice of the University's Office of General Counsel in the matter involving your application for admission to the School of Law and my decision.**

Respectfully Submitted,

 /s Sara L. Trower
Sara L. Trower, S.Ct. #21514
Assistant General Counsel and Special
Assistant Attorney General
245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel:  785-864-3276
Fax:  785-864-4617
e-mail:  strower@ku.edu

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served this 3d day of August, 2012 via electronic mail addressed to:

Robert M. Brown, *Pro Se*
6200 W. 74th Street
Overland Park, KS 66204
Tel:  (816) 721-4512
Fax:  (816) 610-4630
robertmbrown@live.com

_____s/ Sara L. Trower_____
Counsel

4

## **CERTIFICATION**

Gail Agrawal, by signing below, swears or affirms that she has read the foregoing Response to Third Set of Interrogatories, and states that they are true and correct to the best of her knowledge and belief.

_____
Gail Agrawal                              Date

## CERTIFICATION

Gail Agrawal, by signing below, swears or affirms that she has read the foregoing Response to Third Set of Interrogatories, and states that they are true and correct to the best of her knowledge and belief.

Gail B. Agrawal       8/16/2012
Gail Agrawal           Date