

# KU Law Admissions

How to Apply | Program Options | International | FAQs | Deadlines | Wait List | Viewbook

## Frequently Asked Questions

**What are the prerequisites to be considered for admission?**

A bachelor's degree from an accredited institution before the date of initial enrollment in law school and a reportable LSAT score is required.

**When should I take the LSAT?**

The LSAT will be administered on:

Oct. 9, 2010
Dec. 11, 2010
Feb. 12, 2011

We recommend the test dates in September and December. For more information and to register for the LSAT, visit www.lsac.org.

**How can I prepare for the LSAT?**

There are a wide range of test preparation books and classes to help you prepare for the LSAT. We recommend reviewing old tests, becoming familiar with the format and type of questions asked, and allowing plenty of time for preparation. For more information visit www.lsac.org.

**What are the application deadlines?**

Priority application deadline for scholarship consideration is Feb. 1, 2011. The final application deadline for both summer and fall is March 15, 2011. We encourage an early application. The Admissions Committee will begin reviewing applications in November. We have rolling admissions, so the class will be filled on an ongoing basis beginning in November.

**How many students are in the first-year class?**

The entering class ranges from 160-170 students. Approximately 50 of these students are summer starters with the remainder starting in the fall.

**What kind of qualifications must I have to be considered for admission?**

The Office of Admissions completes a full file review considering the merits of each applicant. The requirements for admission are a bachelor's degree from an accredited institution and a reportable LSAT score. The entering class of 2009 had a media LSAT of 157 and a median GPA of 3.5.

**How are students selected for admission?**

The Admissions Committee consists of faculty members who select students with the school's primary mission in mind: "to prepare students to be outstanding members of the legal profession, well-educated in the law, with a commitment to professional achievement and public service." There are no infallible measurements or predictors of academic success or legal ability.

The Admissions Committee reviews all materials requested in the application process. The committee seeks to admit a highly qualified and diverse class, one that consists of persons who, individually and collectively, show great promise of contributing to and succeeding in the complex business of studying and practicing law.

Admission decisions are based on a variety of criteria that suggest such promise, including undergraduate course work and grades; LSAT scores; employment; professional or volunteer experience; leadership in school or civic activities; unique qualities



EXHIBIT
5
11-19-11

BROWN v KU 000001

and achievements; diversity of background and experience; and demonstrated ability to overcome financial or other disadvantages. The committee also considers the applicant's interest in or connections to Kansas or the University of Kansas.

### Does KU Law prefer certain majors?

You may apply to KU Law with any undergraduate degree. The Admissions Committee will consider the rigor of the major, and whether you have taken classes that emphasize writing, analysis, and critical thinking skills.

### How can I find out about residency?

The KU Office of the University Registrar (OUR) makes all residency decisions. For more information and to apply for residency, contact OUR at (785) 864-4472 or www.residency.ku.edu.

### Can I attend KU Law on a part-time basis or in an evening program?

No. Minimum enrollment is 12 hours per semester after the first year. First-year students take 29 hours their first year, 14 in the fall and 15 in the spring.

### Where are classes offered?

All classes take place in Green Hall in Lawrence, KS.

### How do I arrange for a visit?

Individual visits are scheduled Monday through Friday. The Office of Admissions hosts two fall open houses and other events throughout the year. To schedule an individual visit, which includes sitting in on a first-year class and taking a tour, please go to the Visit page.

School of Law
1535 W. 15th Street
Lawrence, KS 66045
(785) 864-4550
Admissions (785) 864-4378

The University of Kansas School of Law
Send comments to the
This file was updated 08/06/10 02:53 PM

A GREAT PLACE TO BE
A CHAMPION