IN THE UNITED STATES DISTICT COURT
FOR THE DISTICT OF KANSAS

| | |
|---|---|
| ROBERT M. BROWN,            )<br>                                                     )<br>             Plaintiff,             )<br>                                                     )   Case No.  10-CV-2606 EFM/KGG<br>      v.                                          )<br>                                                     )   *Electronically filed on 09/30/2013*<br>THE UNIVERSITY OF KANSAS, et al.  )<br>                                                     )<br>             Defendants       ) | |

### PLAINTIFF ROBERT M. BROWN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff Robert M. Brown, *pro se*, pursuant to Local Rule 6.1, moves this court for a 6 day extension of time to and including October 7, 2013, in which to file his Response to Defendants' Motion for Summary Judgment.  In support of this motion, Plaintiff states as follows:

1. Defendants filed and served their Motion for Summary Judgment on August 13, 2013.

2. Plaintiff's response is due October 1, 2013.

3. Questions have arisen regarding maintenance of a proper balance between the privacy of students referenced in documents, currently subject to a protective order of this Court, and presentation of those documents as attachments to Plaintiff's response.

4. Plaintiff and Defendant are currently working together to resolve the issues.

1

5. Defendant has informed Plaintiff that it intends to more thoroughly redact the documents in question, but that process is not yet complete.

6. There are two hundred and ninety-eight pages of documents which must be reviewed and potentially modified.

7. Upon receiving the modified documents, Plaintiff will need to review and re-assemble his Response.

8. Plaintiff has consulted with opposing counsel, who does not oppose this motion.

9. Three prior extensions have been requested and granted.

For the foregoing reasons, plaintiff Brown respectfully requests that Court grant his motion for a 6 day extension of time until Monday, October 7, 2013, in which to file his Response to Defendants' Motion for Summary Judgment.

Respectfully submitted,

By: /s Robert M. Brown
Robert M. Brown, *Pro Se*
6200 W 74th Street
Overland Park, KS  66204
816-721-4512
866-610-4630 (fax)
bbrown@netstandard.net

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 30th day of September, 2013, the above and foregoing was electronically filed with the United States District Court for the District of Kansas using the CM/ECF system, which caused notification to be sent to the following:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendants*

                                                  /s Robert M. Brown
                                                  Robert M. Brown, *Pro Se*