# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **Robert M. Brown,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-CV-2606 EFM/KGG |
| **The University of Kansas,** *et al.,* | ) ) ) |
| Defendants. | ) |

### DEFENDANT'S RESPONSE TO PLAINTIFF ROBERT M. BROWN'S SECOND REQUEST FOR ADMISSIONS TO DEFENDANT THE UNIVERSITY OF KANSAS

Defendant University of Kansas, through counsel, in response to Plaintiff's Second Request for Admissions to Defendant University of Kansas, states:

### REQUESTS

1. Admit or deny that Brown's permanent expulsion, as described in section IV, paragraph 8 of the Honor Code (Exhibit A), will keep him from enrolling in any other member schools of the Association of American Law Schools (Exhibit B).

**RESPONSE: Denied. Plaintiff's dismissal from the law school was not a disciplinary expulsion pursuant to the Honor Code of the University of Kansas School of Law.**

2. Admit or deny that, to the best of your knowledge, the faculty of the School of Law has never established policies for admission and readmission which were then published or filed with the Director of Admissions and the Secretary of Faculty Senate.

**RESPONSE: Denied in part in part and admitted in part. It is denied that the School of Law has never established policies for admission and readmission which were then published. The School of Law has established policies for admission and readmission and published those policies. It is admitted that the Office of University Governance and the University Director of the Office of Admissions has no record of any such policies having been filed.**

3. Admit or deny that, in your opinion, the ABA's guidelines for assessing lawyer sanctions (Exhibit C) may also be useful as guidelines in determining student sanctions.

**RESPONSE: Denied.**

4. Admit or deny that absence of a prior disciplinary record may be a mitigating factor in student disciplinary proceedings.

**RESPONSE: Context matters, and this general hypothetical provides no information as to the nature of the disciplinary proceeding or the facts and circumstances giving rise to the disciplinary proceeding. With that limitation, it is admitted generally that absence of a prior disciplinary record may be a mitigating factor in student disciplinary proceedings.**

5. Admit or deny that a good professional reputation within the community may be a mitigating factor in student disciplinary proceedings.

**RESPONSE: Denied.**

6. Admit or deny that personal or emotional problems may be a mitigating factor in student disciplinary proceedings.

**RESPONSE: Context matters, and this general hypothetical provides no information as to the nature of the disciplinary proceeding or the facts and circumstances giving rise to the disciplinary proceeding. With that limitation, it is admitted that personal or emotional problems may be a mitigating factor in student disciplinary proceedings.**

7. Admit or deny that a timely good/faith effort to rectify the consequences of misconduct may be a mitigating factor in student disciplinary proceedings.

**RESPONSE: Context matters, and this general hypothetical provides no information as to the nature of the disciplinary proceeding or the facts and circumstances giving rise to the disciplinary proceeding. With that limitation, it is admitted that a timely good/faith effort to rectify the consequences of misconduct may be a mitigating factor in student disciplinary proceedings.**

8. Admit or deny that a mental condition or disability beyond the control of the accused from which he is recovering and which is supported by medical evidence may be a mitigating factor in student disciplinary proceedings.

**RESPONSE: Context matters, and this general hypothetical provides no information as to the nature of the disciplinary proceeding or the facts and circumstances giving rise to the disciplinary proceeding. With that limitation, it is admitted that a mental condition or disability beyond the control of the student <u>may</u> be a mitigating factor in student disciplinary proceedings.**

9. Admit or deny that Brown was academically successful as a Law Student during his matriculation at the University of Kansas School of Law.

**RESPONSE: Admitted.**

10. Admit or deny that Brown was enrolled for the Fall Semester of 2010, as evidenced by Exhibit D.

**RESPONSE: Admitted.**

11. Admit or deny that the School of Law permitted Brown to enroll in the Fall 2009, Spring 2010, Summer 2010, and Fall 2010 sessions before his removal from the School of Law.

**RESPONSE: Admitted.**

12. Admit or deny that the Faculty Senate Rules and Regulations ("F.S.R.R."), attached as Exhibit E, contain no provision by which the F.S.R.R. may override, nullify, cancel the effect of, or otherwise make meaningless provisions of other University Codes, Rules and/or Regulations.

**RESPONSE: Admitted there is no provision in the FSRR, attached as Exhibit E, that provides that the FSRR may override, nullify, cancel the effect of, or otherwise make meaningless provisions of other University Codes, Rules and/or Regulations.**

3

        Respectfully Submitted,

        s/ Sara L. Trower
        Sara L. Trower, S.Ct. #21514
        Assistant General Counsel and Special
        Assistant Attorney General
        245 Strong Hall
        1450 Jayhawk Blvd.
        Lawrence, KS 66045
        Tel:  785-864-3276
        Fax:  785-864-4617
        e-mail:  strower@ku.edu

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was served this 13th day of April, 2012 via electronic mail addressed to:

Robert M. Brown, *Pro Se*
6200 W. 74th Street
Overland Park, KS 66204
Tel:  (816) 721-4512
Fax:  (816) 610-4630
robertmbrown@live.com

            s/ Sara L. Trower
            Counsel

ATTESTATION

STATE OF _____ )
                          ) ss.
COUNTY OF _____ )

The below named person, being duly sworn on oath states that he/she has read the foregoing Requests for Admissions and the answers given are true and complete to the best of the affiant's knowledge and belief.

_____
For The University Of Kansas

The foregoing answers were subscribed and sworn to before me this _____ day of _____, 2012.

_____
Notary Public

My commission expires:

_____