Robert M. Brown          10-CV-2606
Memorandum in Response to Summary Judgment
Revised Index of Exhibits

| | |
|---|---|
| EXHIBIT A | WAYNE WITCHER REPORT |
| EXHIBIT B | WAYNE WITCHER CV |
| EXHIBIT C | TRANSCRIPT OF ROBERT BROWN TRIAL |
| EXHIBIT D | POLICE REPORT 1 |
| EXHIBIT E | POLICE REPORT 2 |
| EXHIBIT F | POLICE REPORT 3 |
| EXHIBIT G | DIVORCE PETITION |
| EXHIBIT H | SHAWNEE COUNTY EXPUNGEMENT AND RECORDS CHECK |
| EXHIBIT I | PRESENT VALUE OF FOREGONE COMPENSATION |
| EXHIBIT J | NEW USC WITH CONFLICT PROCEDURE |
| EXHIBIT K | ROBERT BROWN DECLARATION |
| EXHIBIT L | CERT PETITION |
| EXHIBIT M | MAZZA DEP EX 1 - DRP |
| EXHIBIT N | MAZZA DEP EX 2 - COMPLAINT |
| EXHIBIT O | MAZZA DEP EX 3 - CODE OF STUDENT RIGHTS AND RESPONSIBILITIES |
| EXHIBIT P | MAZZA DEP EX 4 -JMP LETTER DENYING JUDICIAL BOARD JURISDICTION |
| EXHIBIT Q | MAZZA DEP EX 6 - UNIVERSITY SENATE CODE |
| EXHIBIT R | MAZZA DEP EX 7 - USRR |
| EXHIBIT S | MAZZA DEP EX 8 - RMB PROCEDURAL OBJECTIONS |
| EXHIBIT T | MAZZA DEP EX 9 - HEARING PANEL RULING |
| EXHIBIT U | MAZZA DEP EX 10 - AGRAWAL DISMISSAL LETTER |
| EXHIBIT V | MAZZA DEP EX 16 - WRS REPONSE TO PROCEDURAL OBJECTIONS |
| EXHIBIT W | MAZZA DEP EX 18 - AGRAWAL LETTER OF INTENT TO DISMISS |
| EXHIBIT X | AGRAWAL DEP EX 22 - FSRR |
| EXHIBIT Y | AGRAWAL DEP EX 23 - BROWN LETTER |
| EXHIBIT Z | MCCRAY DEP EX 27 - REQUEST FOR INITIAL HEARING |
| EXHIBIT AA | MCCRAY DEP EX 27 - REQUEST FOR JURISDICTIONAL RULING |
| EXHIBIT AB | MAZZA DEP EX 37 - HONOR CODE |
| EXHIBIT AC | MAZZA DEP EX 39 - PROCEDURAL OBJECTIONS DRAFT |
| EXHIBIT AD | AGRAWAL DEP |
| EXHIBIT AE | BROWN DEP |
| EXHIBIT AF | GRAY LITTLE DEP |
| EXHIBIT AG | MAZZA DEP V1 |
| EXHIBIT AH | MAZZA DEP V2 |
| EXHIBIT AI | MCKENZIE_DEP |
| EXHIBIT AJ | MILLER DEP |
| EXHIBIT AK | ROHLEDER-SOOK DEP |
| EXHIBIT AL | EXCERPTS FROM KU BATES |
| EXHIBIT AM | AG 2ND INT RESP |
| EXHIBIT AN | AG 3RD INT RESP |
| EXHIBIT AO | KU 2ND RFA RESP |
| EXHIBIT AP | KU 3RD INT RESP |

EXHIBIT AQ        MAZZA 2ND RFA RESP
EXHIBIT US        DOCS FILED UNDER SEAL