IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| ROBERT M. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10-CV-2606 EFM/KGG |
| | ) | |
| THE UNIVERSITY OF KANSAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR THIRD EXTENSION OF TIME
FOR DEFENDANTS TO FILE REPLY IN SUPPORT
OF SUMMARY JUDGMENT**

Defendants, through counsel, pursuant to Local Rule 6.1, move this court for a seven-day (7) extension of time to and including Wednesday, November 20, 2013, in which to file their Reply in Support of the Motion for Summary Judgment. In support of this motion, defendants state:

1. Mr. Brown filed his Memorandum in Response to Defendants' Motion for Summary Judgment [Doc. 165] on October 7, 2013.

2. Counsel lost 2 ½ days of the previous 7-day extension due to personal illness. In addition, the two administrative hearings counsel tried on Friday, November 8, and Wednesday, November 13, 2013, prevented counsel from being able to complete the defendants' response.

3. The voluminous nature of Mr. Brown's Memorandum in Response, which was one hundred forty-six (146) pages long, including an additional three-hundred twenty-one (321) paragraphs of additional factual assertions and forty-five

exhibits, A through AS, which include well in excess of a thousand pages of documents, has prevented counsel from completing the work necessary to complete the defendants' reply.

4. Counsel consulted Mr. Brown, who advised he did not oppose the requested extension.

For the reasons discussed above, defendants respectfully request that the court grant the defendants' motion for a seven-day (7) extension of time until Wednesday, November 10, 2013, in which to file their Reply in Support of the Motion for Summary Judgment.

          Respectfully submitted,

          By: /s  Sara L. Trower

          Sara L. Trower, Ks. # 21514
          Associate General Counsel and Special
          Assistant Attorney General
          Room 245 Strong Hall
          1450 Jayhawk Blvd.
          Lawrence, KS 66045
          Tel:  (785) 864-3276
          Fax:  (785) 864-4617
          E-mail:  strower@ku.edu
          *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was electronically filed with the clerk of the court on November 13, 2013, by using the CM/ECF system which will provide notice of filing to:

Robert M. Brown, Pro Se
6200 W. 74th Street
Overland Park, KS 66204
Phone: 816-721-4512
Fax: 866-610-4630
Email: robertmbrown@live.com

                                          /s   Sara L.Trower_____
                                          *Attorney for Defendants*