**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| ROBERT M. BROWN, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 10-CV-2606 EFM/KGG |
| | ) |
| THE UNIVERSITY OF KANSAS, et al., | ) |
| | ) |
| **Defendants.** | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANTS'**
**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY**
**JUDGMENT**

Plaintiff Robert M. Brown, *pro se*, provides the following Motion for Leave.

**Introduction**

On November 20, 2013, Defendants' filed their Reply Memorandum in Support of

Motion for Summary Judgment. (Doc. # 184)  In dealing with Plaintiff's Additional Facts

Showing Material Issues in Dispute, defendants failed to comply with the rules on

numerous occasions.

**Legal Standard**

Leave to file Surreplies may be granted when the movant improperly raises new

arguments in a reply. *King v. Knoll*, 399 F. Supp. 2d 1169, 1174 (D. Kan. 2005).   Material

which may warrant a Surreply includes both new evidence and new legal arguments. *Doebele v.*

*Sprint/United Mgmt. Co.*, 342 F.3d 1117, 1139 n.13 (10th Cir. 2003).

## Arguments and Authorities

In Defendants' Reply Memorandum in Support of Motion for Summary Judgment, defendants have ignored the agreed upon stipulations within the pretrial order and improperly controverted more than one hundred statements of fact without providing the reasons therefore as required by D. Kan. Civ. R. 56(e).

Plaintiff does not seek to re-argue the merits of any point, but merely to bring to the Court's attention deficiencies in defendants' treatment of his additional statements of fact.

Absent leave to file this motion, plaintiff has no remedy.

## CONCLUSION

Plaintiff respectfully requests that this Court grant his Motion for Leave to File Surreply to Defendants' Reply Memorandum in Support of Motion for Summary Judgment.

Respectfully submitted,

By:   /s Robert M. Brown
      Robert M. Brown, *Pro Se*
      6200 W 74th Street
      Overland Park, KS  66204
      816-721-4512
      866-610-4630 (fax)
      bbrown@netstandard.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 4th day of December, 2013, the above

and foregoing was electronically filed with the United States District Court for the

District of Kansas using the CM/ECF system, which caused notification to be sent to the

following:

Sara L. Trower, Esq.
Associate General Counsel and Special
Assistant Attorney General
Room 245, Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS  66045
Tel:  (785) 864-3276
Fax:  (785) 864-4617
Email: strower@ku.edu

*Attorney for Defendants*

/s Robert M. Brown
Robert M. Brown, *Pro Se*