IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ROBERT M. BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 10-CV-2606 EFM/KGG |
| | ) |
| THE UNIVERSITY OF KANSAS, et al., | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' BILL OF COSTS EXHIBIT 1

Itemization of Deposition Costs

| Deponent | Reporting Firm | Date | Cost |
|---|---|---|---|
| Robert M. Brown - plaintiff | Braksick Reporting Service | 8/26/2011 | 1,142.30 |
| Stephen Mazza - defendant | Bowen & Associates | 11/19/11 | 239.25 |
| Gail Agrawal - defendant | Bowen & Associates | 11/29/11 | 181.25 |
| Joyce McCray Pearson – defendant<br>Sandra Craig McKenzie - witness | Bowen & Associates | Feb. 6 & 10, 2012 | 303.75 |
| Wendy Rohleder-Sook - defendant | Bowen & Associates | 2/9/2012 | 193.00 |
| Bernadette Gray-Little – defendant<br>Jean Phillips - witness | Bowen & Associates | 6/26/2012 | 136.50 |
| Stephen Ware – witness<br>Robin Miller - witness | Bowen & Associates | 7/11/2012 | 206.50 |
| **TOTAL** | | | **$ 2,402.55** |

{L0043227.2 }

# Braksick Reporting Service

V1017004

P.O. Box 1173
Lawrence, KS 66044-8173
(785)865-6632

## Invoice

RECEIVED SEP 14 2011 Office of the General Counsel

TO:

Ms. Sara L. Trower
Associate General Counsel
245 Strong Hall, 1450 Jayhawk Blvd.
Lawrence KS 66045

| DATE |
|---|
| 9/12/2011 |

| RE: Robert M. Brown v. The University of Kansas, et al. | INVOICE # | TERMS |
|---|---|---|
| | 2786 | Due on receipt |

| DESCRIPTION | PGS. | AMOUNT |
|---|---|---|
| Appearance fee and transcript, including compressed copy & etran, of the deposition of Robert M. Brown, taken on August 26, 2011 | 235 | 1,113.50 |
| Reproduction of exhibits | 96 | 28.80 |

Federal Tax I.D. No. ~~~~~~
Thank you for your business!

**Total** $1,142.30

# UNIVERSITY OF KANSAS

## Voucher Transaction Log for Central Accounting Services
Entered Date From: 7/1/11 To: 10/18/11

Report Name: KU00019B.rpt

Business Unit: UKANS
Operator ID: MCMILLENT

Page 1 of 1
Run Date: 10/18/11

| Voucher ID | Entered | PO ID | BP | State PO ID | Vendor | Contract/PA | DeptID | Fund | Account | Amount | CAS Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 2012 | | | | | | Voucher Total: | 205.07 | |
| | | | 2012 | | BRAKSICK REPORTING SERVICE | | 1752000 | 099 | 127990 | 1,142.30 | |
| | | | | | | | | | Voucher Total: | 1,142.30 | |
| 01017011 | 10/14/11 | | 2012 | | | | | | | | |
| | 10/14/11 | | | | | | | | | | |
| | 10/14/11 | | | | | | | | | | |
| | 10/14/11 | | | | | | | | | Voucher Total: | 1,133.20 | |
| | 10/14/11 | | | | | | | | | | |
| | 10/14/11 | | | | | | | | | | |
| | 10/14/11 | | | | | | | | | Voucher Total: | 392.01 | |
| | 10/18/11 | | 2012 | | | | | | | | |
| | 10/18/11 | | 2012 | | | | 17 | | | | |
| | | | | | | | | | Grand Total: | | |

Department Authorized Signature: [signature]   Date: 18 Oct 11

# JOHN M. BOWEN & ASSOCIATES
## Shorthand Reporters

V 1023395

1930 Commerce Tower • 911 Main Street • Kansas City, MO 64105

```
Assistant Attorney General - J.C., Mo.         Invoice No.   150312
The Universtiy of Kansas
1450 Jayhawk Blvd. Room 245                    Date: 12/05/11
Lawrence, Kansas 66045-7535
Room 245 Strong Hall
Attn: Sara Trower


    Plaintiff:        Robert Brown
    Defendant:        Univ. of Kansas, et al.
    Venue:            USDC - Kansas
    Date Taken:       November 19, 2011
    Case No:          10-CV-2606 WEB/KGG
    Witness:          Stephen Mazza
    On Behalf of:     Plaintiff
    Reporter:         Brenda Fitzgerald

        Stenographic Services: Minitext N/C             239.25
                                                      =========
                                              Total    239.25
```

RECEIVED DEC 07 2011 Office of the General Counsel

*Approved for payment.* [signature] 12/7/11

Missouri 816•421•2876  Kansas 913•894•8800  Toll Free 888•352•1212  Fax 816•421•2482  bowen@johnmbowen.com  Tax ID #

# UNIVERSITY OF KANSAS

**Voucher Transaction Log for Central Accounting Services**
Entered Date From: 7/1/11 To: 12/9/11

Report Name: KU00019B.rpl

Page 1 of 1
Run Date: 12/09/11

**Business Unit:** UKANS
**Operator ID:** MCMILLENT

| Voucher ID | Entered | PO ID | BP | State PO ID | Vendor | Contract/PA | DeptID | Fund | Account | Amount | CAS Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 12/07/11 |  | 2012 |  |  |  |  |  | Voucher Total: |  |  |
|  | 12/07/11 |  | 2012 |  |  |  |  |  |  |  |  |
|  | 12/07/11 |  | 2012 |  |  |  |  |  |  |  |  |
|  | 12/07/11 |  | 2012 |  |  |  |  |  | Voucher Total: |  |  |
|  | 12/09/11 |  | 2012 |  |  |  |  |  |  |  |  |
| 01023395 | 12/09/11 |  | 2012 |  | JOHN M BOWEN & ASSOCIATES |  | 1752000 | 099 | 127990 | 239.25 |  |
|  |  |  |  |  |  |  |  |  | Voucher Total: | 239.25 |  |
|  | 12/09/11 |  | 2012 |  |  |  |  |  |  |  |  |
|  | 12/09/11 |  | 2012 |  |  |  |  |  |  |  |  |
|  | 12/09/11 |  | 2012 |  |  |  |  |  |  |  |  |
|  | 12/09/11 |  | 2012 |  | R |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | Grand Total: |  |  |

Department Authorized Signature: _[signature]_   Date: 9 Dec 11

# JOHN M. BOWEN & ASSOCIATES
## Shorthand Reporters

V1030292

1930 Commerce Tower • 911 Main Street • Kansas City, MO 64105

```
Assistant Attorney General - J.C., Mo.        Invoice No.   150397
The Universtiy of Kansas
1450 Jayhawk Blvd. Room 245                    Date: 12/14/11
Lawrence, Kansas 66045-7535
Room 245 Strong Hall
Attn: Sara Trower
```

RECEIVED
FEB 13 2012
Office of the General Counsel

```
    Plaintiff:        Robert Brown
    Defendant:        Univ. of Kansas, et al.
    Venue:            USDC - Kansas
    Date Taken:       November 29, 2011
    Case No:          10-CV-2606 WEB/KGG
    Witness:          Gail Agrawal
    On Behalf of:     Plaintiff
    Reporter:         Debbie Reithmeyer

         Stenographic Services: Minitext N/C            173.25
         Postage                                          8.00
                                                      =========
                                             Total     181.25
```

# UNIVERSITY OF KANSAS

## Voucher Transaction Log for Central Accounting Services
### Entered Date From: 7/1/11 To: 2/16/12

Report Name: KU00019B.rpt

**Business Unit:** UKANS
**Operator ID:** MCMILLENT

Page 1 of 2
Run Date: 02/16/12

| Voucher ID | Entered | PO ID | BP | State PO ID | Vendor | Contract/PA | DeptID | Fund | Account | Amount | CAS Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 02/15/12 |  |  | 2012 |  |  |  |  |  |  |  |
| 01030292 | 02/15/12 |  |  | 2012 | JOHN M BOWEN & ASSOCIATES |  | 1752000 | 099 | 127990 | 181.25 |  |
|  |  |  |  |  |  |  |  | Voucher Total: |  | 181.25 |  |
|  |  |  |  | 2012 |  |  |  |  |  |  |  |
|  |  |  |  | 2012 |  |  | 1752000 |  |  |  |  |
|  |  |  |  |  |  |  |  | Voucher Total: |  |  |  |
|  |  |  |  | 2012 |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | Voucher Total: |  |  |  |
|  |  |  |  | 2012 |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | Voucher Total: |  |  |  |

Department Authorized Signature: _____    Date: 17 Feb 2012

VI031833

# JOHN M. BOWEN & ASSOCIATES
## Shorthand Reporters

1930 Commerce Tower • 911 Main Street • Kansas City, MO 64105

```
Assistant Attorney General - J.C., Mo.         Invoice No.  150910
The Universtiy of Kansas
1450 Jayhawk Blvd. Room 245                    Date:  2/27/12
Lawrence, Kansas 66045-7535
Room 245 Strong Hall
Attn: Sara Trower
```

```
     Plaintiff:       Robert Brown
     Defendant:       Univ. of Kansas, et al.
     Venue:           USDC - Kansas
     Date Taken:      February 6 & 10, 2012
     Case No:         10-CV-2606
     Witness:         Pearson & McKenzie
     On Behalf of:    Plaintiff
     Reporter:        Lisa Drury

         Stenographic Services: Minitext N/C              295.75
         Postage                                            8.00
                                                       =========
                                               Total     303.75
```

V103208?

# JOHN M. BOWEN & ASSOCIATES
## Shorthand Reporters

1930 Commerce Tower • 911 Main Street • Kansas City, MO 64105

Assistant Attorney General - J.C., Mo.
The Universtiy of Kansas
1450 Jayhawk Blvd. Room 245
Lawrence, Kansas 66045-7535
Room 245 Strong Hall
Attn: Sara Trower

Invoice No. 150830
Date: 2/20/12

Plaintiff:      Robert Brown
Defendant:      Univ. of Kansas, et al.
Venue:          USDC - Kansas
Date Taken:     February 9, 2012
Case No:        10-CV-2606 WEB/KGG
Witness:        Wendy Rohleder-Sook
On Behalf of:   Plaintiff
Reporter:       Brenda Fitzgerald

    Stenographic Services: Minitext N/C         163.80
    Exhibit Copies                               29.20
                                              =========
                                     Total      193.00

Approved for payment.
2/23/12

RECEIVED
FEB 22 2012
Office of the
General Counsel

# UNIVERSITY OF KANSAS

## Voucher Transaction Log for Central Accounting Services
### Entered Date From: 7/1/11 To: 3/2/12

Report Name: KU000193.rpl

Business Unit: UKANS
Operator ID: MCMILLENT

Page 1 of 2
Run Date: 03/02/12

| Voucher ID | Entered | PO ID | BP | State PO ID | Vendor | Contract/PA | DeptID | Fund | Account | Amount | CAS Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01031833 | 02/29/12 | | 2012 | | JOHN M BOWEN & ASSOCIATES | | 1752000 | 099 | 127990 | 303.75 | |
| | | | | | | | | | Voucher Total: | 303.75 | |
| | 03/02/12 | | 2012 | | | | | | | | |
| | | | | | | | | | Voucher Total: | | |
| | 03/02/12 | | 2012 | | | | | | | | |
| | | | | | | | | | Voucher Total: | | |
| 01032087 | 03/02/12 | | 2012 | | JOHN M BOWEN & ASSOCIATES | | 1752000 | 099 | 127990 | 193.00 | |
| | | | | | | | | | Voucher Total: | 193.00 | |
| | 03/02/12 | | 2012 | | | | | | 141119 | | |
| | | | | | | | | | Voucher Total: | | |
| | 03/02/12 | | 2012 | | | | | | | | |
| | | | | | | | | | Voucher Total: | | |
| | 03/02/12 | | 2012 | | | | | | | | |
| | 03/02/12 | | 2012 | | | | | | | | |
| | | | | | | | | | Voucher Total: | | |
| | 03/02/12 | | 2012 | | | | | | | | |
| | | | | | | | | | Voucher Total: | | |

Department Authorized Signature: _[signature]_    Date: 2 Mar 2012

V1037100

# JOHN M. BOWEN & ASSOCIATES
## Shorthand Reporters

1930 Commerce Tower • 911 Main Street • Kansas City, MO 64105

```
Assistant Attorney General - J.C., Mo.        Invoice No.   151199
The Universtiy of Kansas
1450 Jayhawk Blvd. Room 245                   Date:  4/05/12
Lawrence, Kansas 66045-7535
Room 245 Strong Hall
Attn: Sara Trower


    Plaintiff:       Robert Brown
    Defendant:       Univ. of Kansas, et al.
    Venue:           USDC - Kansas
    Date Taken:      March 31, 2012
    Case No:         10-CV-2606
    Witness:         Stephen Mazza
    On Behalf of:    Plaintiff
    Reporter:        Brenda Fitzgerald

        Stenographic Services: Minitext N/C              171.00
        Attendance                                        70.00
                                                      =========
                                              Total     241.00
```

Missouri 816•421•2876  Kansas 913•894•6800  Toll Free 888•352•1212  Fax 816•421•2482  bowen@johnmbowen.com  Tax ID #

# UNIVERSITY OF KANSAS

## Voucher Transaction Log for Central Accounting Services
Entered Date From: 4/13/12 To: 4/17/12

Report Name: KU00019B.rpt

Business Unit: UKANS
Operator ID: MCMILLENT

Page 1 of 1
Run Date: 04/17/12

| Voucher ID | Entered | PO ID | BP | State PO ID | Vendor | Contract/PA | DeptID | Fund | Account | Amount | CBS Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 04/13/12 |  | 2012 |  |  |  |  |  | Voucher Total: |  |  |
| 01037100 | 04/13/12 |  | 2012 |  | JOHN M BOWEN & ASSOCIATES |  | 1752000 | 099 | 127990 | 241.00 |  |
|  |  |  |  |  |  |  |  |  | Voucher Total: | 241.00 |  |
|  | 04/13/12 |  | 2012 |  |  |  |  |  | 127990 |  |  |
|  | 04/17/12 |  | 2012 |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  | Grand Total: |  |  |

Department Authorized Signature: _[signature]_    Date: 18 Apr 2012

# JOHN M. BOWEN & ASSOCIATES
## Shorthand Reporters

V1048313

1930 Commerce Tower • 911 Main Street • Kansas City, MO 64105

```
Assistant Attorney General - J.C., Mo.        Invoice No.   500016
The Universtiy of Kansas
1450 Jayhawk Blvd. Room 245                   Date:  7/20/12
Lawrence, Kansas 66045-7535
Room 245 Strong Hall
Attn: Sara Trower
```

RECEIVED
JUL 23 2012
Office of the General Counsel

```
Plaintiff:       Robert Brown
Defendant:       Univ. of Kansas, et al.
Venue:           USDC - Kansas
Date Taken:      June 26, 2012
Case No:         10-CV-2606
Witness:         Gray-Little & Phillips
On Behalf of:    Plaintiff
Reporter:        Lisa Drury

     Stenographic Services: Minitext N/C              136.50
                                                    =========
                                            Total    136.50
```

*Approved for payment.* [signature]

Missouri 816·421·2876  Kansas 913·894·8800  Toll Free 888·352·1212  Fax 816·421·2482  bowen@johnmbowen.com  Tax ID #

# JOHN M. BOWEN & ASSOCIATES  V 1048316
## Shorthand Reporters

1930 Commerce Tower  •  911 Main Street  •  Kansas City, MO 64105

```
Assistant Attorney General - J.C., Mo.        Invoice No.   151930
The Universtiy of Kansas
1450 Jayhawk Blvd. Room 245                   Date:   7/19/12
Lawrence, Kansas 66045-7535
Room 245 Strong Hall
Attn: Sara Trower
```

```
Plaintiff:       Robert Brown
Defendant:       Univ. of Kansas, et al.
Venue:           USDC - Kansas
Date Taken:      July 11, 2012
Case No:         10-CV-2606
Witness:         Stephen Ware & Robin Miller
On Behalf of:    Plaintiff
Reporter:        Brenda Fitzgerald

        Stenographic Services: Minitext N/C           206.50
                                                    =========
                                            Total    206.50
```

*RECEIVED JUL 20 2012 Office of the General Counsel*

*[handwritten: Approved for payment. (signature)]*

# UNIVERSITY OF KANSAS

## Voucher Transaction Log - Department Copy

Report Name: KU00019A

Business Unit: UKANS
Operator ID: MCMILLENT

Entered Date From: 7/1/2012 To: 7/24/2012

Page 1 of 1
Run Date: 07/24/12

| Voucher ID | PO ID/ Ext PO | Invoice | Entered | Vendor | DeptID | Fund | Project ID/ CF1 | Account | BR | Description | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | U 3178050929 | | | 1752000 | 099 | | | | | |
| | 3 | {U 3178050929 | | | 1752000 | 099 | | | | | |
| | 3 | 32711514 | | | | | | | | | |
| 01048313 | | 500016 | 07/24/12 | JOHN M BOWEN & ASSOCIATES | 1752000 | 099 | | 127990 | 2013 | Brown - depo transcript | 136.50 |
| 01048316 | | 151930 | 07/24/12 | JOHN M BOWEN & ASSOCIATES | 1752000 | 099 | | 127990 | 2013 | Brown - depo transcript | 206.50 |
| | | | | | 1752000 | 099 | | | | | |
| | | | | | 1752000 | 099 | | | | | |
| | | | | | 1752000 | 099 | | | | | |

Grand Total: 1,320.02

Organization Authorized Signature: _____    Date: _____